# Court of Appeals
# of the State of Georgia

ATLANTA,  August 17, 2021

*The Court of Appeals hereby passes the following order:*

**A22E0006.  JOSEPH B. MCCARTHY v. ANNIE J. ASHMENT.**

Upon consideration of Joseph B. McCarthy's emergency motion for a second extension of time to file an application for discretionary appeal, the motion is hereby GRANTED.  See OCGA § 5-6-39 (a) (5), (d); *Gable v. State*, 290 Ga. 81, 84-85 (2) (a) (720 SE2d 170) (2011); Court of Appeals Rules 16 (c) and 40 (b).

McCarthy's application for discretionary appeal in the above-styled case shall be due on or before August 27, 2021.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/17/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*